**Order entered March 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01240-CV

**ASIF ALI, Appellant**

**V.**

**DSA PARTNERS I, LTD., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04735-B**

## ORDER

The clerk's record in this case is overdue. By postcard dated October 22, 2018, we notified the Dallas County Clerk that the clerk's record was past due and directed the Dallas County Clerk to file the clerk's record within thirty days. When the clerk's record was not filed and the Dallas County Clerk did not communicate with the Court, we ordered the clerk to file either the clerk's record or written verification that appellant had not paid or made arrangement to pay for the clerk's record and that appellant had not been found entitled to proceed without payment of costs by January 9, 2019. To date, the clerk's record has not been filed, and we have had no communication from the Dallas County Clerk.

Accordingly, we **ORDER** the Dallas County Clerk to file the clerk's record **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**. *We notify appellant that if we receive*

*verification he has not paid for or made arrangements to pay for the clerk's record we will,*

*without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b). **If the clerk's record or required verification is not filed by the date specified, we will utilize the remedies available to us to assure compliance with the Court's order**.

The Clerk of the Court is **DIRECTED** to send a copy of this order to John Warren, Dallas County Clerk, and to all parties.

/s/     KEN MOLBERG
         JUSTICE